1 | Martin K. Deniston, Esq. (State Bar No. 106737)
2 | Kevin C. Boyle, Esq. (State Bar No. 190533)
  | **WILSON, ELSER, MOSKOWITZ,**
  | **EDELMAN & DICKER LLP**
3 | 1055 West Seventh Street, Suite 2700
  | Los Angeles, California 90017-2503
4 | Telephone: (213) 624-3044
  | Facsimile: (213) 624-8060
5 | Attorneys for Defendant,
  | ROBERT BOYLE

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARLA ELWOOD, | Case No.: CV 01-08582 LGB (FMOx) |
| Plaintiff, | **JUDGEMENT IN FAVOR OF DEFENDANT ROBERT BOYLE** |
| v. | [F.R.C.P. 12(b)(6)] |
| | Honorable Lourdes Baird |
| JOSEPH MORIN, ROBERT BOYLE, SONIA JIMENEZ, RODNEY DELAPLANE, COUNTY OF LOS ANGELES, ANN WELLMAN, BARBARA DALLIS | |
| Defendants. | |

Defendant ROBERT BOYLE'S motion to dismiss plaintiff DARLA ELWOOD'S complaint was set for hearing on May 13, 2002, in department 780 of the above-referenced court, before Judge Lourdes Baird presiding. The court took the matter under submission on the papers and did not hear oral argument.

//// ✓ Docketed
     ✓ Copies/NTC Sent
//// ___ JS-5 / JS-6
     ___ JS-2 / JS-3
     ___ CLSD

ENTERED ON ICMS
JUN - 5 2002
CV

1
JUDGEMENT IN FAVOR OF DEFENDANT ROBERT BOYLE

173919.2

1 | After consideration of the moving opposition and reply papers, the Court granted
2 | defendant ROBERT BOYLE motion in its entirety for reasons set forth in the minute order of
3 | May 10, 2002.

4 | THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that
5 | judgment be entered in favor of defendant ROBERT BOYLE against plaintiff DARLA
6 | ELWOOD, and he is awarded costs in the amount of $ to be determined.

8 | Dated: June 4, 2002

Hon. Lourdes Baird
Judge of the Central District Court

## PROOF OF SERVICE
## STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California, by WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER and am over the age of 18 and not a party to the within action. My business address is 1055 West Seventh Street, Suite 2700, Los Angeles, California 90017-2503.

On **May 31, 2002**, I served the foregoing document described **JUDGMENT IN FAVOR OF DEFENDANT ROBERT BOYLE** on all interested parties, through their respective attorneys of record in this action, by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

PATRICIA J. BARRY
548 South Spring St.
Suite 1040
Los Angeles, CA 90013
**Attorneys for Plaintiff DARLA ELWOOD**
Ph: (213) 995-0734
Fx: (213) 995-0735

**XX** **(BY MAIL)** I caused such envelope(s) fully prepaid to be placed in the United States Mail at Los Angeles, California. I am "readily familiar" with the firm's practice of collection and processing correspondence or mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

__ **(BY PERSONAL SERVICE)** I caused such envelope(s) to be delivered by hand to the offices of the addressee(s).

__ **(BY FACSIMILE)** I caused such document(s) to be telephonically transmitted to the offices of the addressee(s).

JURISDICTION

____(State) I declare under penalty of perjury that the above is true and correct.

XX (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on **May 31, 2002**, at Los Angeles, California.

Michelle Kang

154203.2