


UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

Case No. CV 01-8582 CJC (FMOx)                Date: October 14, 2005

Title: <u>ELWOOD v. MORIN, et al.</u>

==========================================================================

PRESENT:

**HONORABLE CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE**

<u>Debra Beard</u>                   <u>  N/A  </u>
Deputy Clerk                    Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFF:     ATTORNEYS PRESENT FOR DEFENDANT:

None Present                         None Present

**PROCEEDINGS: (IN CHAMBERS) ORDER DENYING DEFENDANT'S MOTION FOR ASSIGNMENT OF RIGHTS, RESTRAINING ORDER, TURNOVER ORDER, AND ORDER TO APPEAR ON A WEEKLY BASIS (filed 9/19/05)**

Defendant's motion is DENIED. Having read and considered the papers presented by Defendant, the Court finds this matter appropriate for disposition without a hearing. *See* Fed. R. Civ. P. 78; Local Rule 7-15. Accordingly, the hearing set for Monday, October 17, 2005 is VACATED.

**A.    Factual and Procedural Background**

Darla Elwood filed suit against Joseph Morin and others in 2001. The suit arose out of prior proceedings in Juvenile Court which resulted in Ms. Elwood losing custody of her children. Mr. Morin was one of the fathers of Ms. Elwood's children. The Court dismissed the lawsuit. After the dismissal was affirmed on appeal, Mr. Morin moved for attorneys' fees pursuant to 42 U.S.C. § 1988(b). Under that provision, the prevailing defendant in a civil rights case can recover attorneys' fees "only where the action brought is found to be unreasonable, frivolous, meritless or vexatious." *Patton v. County of Kings*, 857 F.2d 1379, 1381 (9th Cir. 1988). On March 23, 2004, the Court found that Ms. Elwood's civil rights claims against Mr. Morin were groundless and vexatious because she lacked evidence or legal authority in support of those claims. The Court later awarded $14,500 in attorneys' fees to Mr. Morin.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

Case No. CV 01-8582 CJC (FMOx)                      Date: October 14, 2005
                                                    Page 2

---

In 2004, Mr. Morin, seeking to enforce his judgment, applied for and was granted a Writ of Execution by the Clerk of the Court. Mr. Morin used his Writ of Execution to levy on a house which Ms. Elwood shares with her current husband, James Delaplane, that is located at 26608 Gavilan Drive, Santa Clarita, California ("Santa Clarita home"). In response to the levy, Ms. Elwood filed a Claim of Exemption with the U.S. Marshall's Office. After extensive briefing by both sides and two court hearings, the Court denied Ms. Elwood's Claim of Exemption on February 23, 2005. After the Court denied the Claim of Exemption, Mr. Delaplane took out two deeds of trust on the Santa Clarita home. The deeds secure $315,000 and $58,600 in debt, respectively.

On April 11, 2005, the Court denied a motion by Ms. Elwood to stay enforcement of the attorneys' fees order and to quash Mr. Morin's levy on the Santa Clarita home. In the Court's Order, District Judge Lourdes G. Baird warned Ms. Elwood and her counsel, Patricia Barry, regarding several personal attacks on Mr. Morin in her filings.

On May 10, 2005, this Court denied Mr. Morin's application for an order for sale of a dwelling and issuance of an order to show cause why an order for sale of a dwelling should not be made. Mr. Morin's application was deficient on its face.

In the instant motion, Mr. Morin moves for an assignment of rights, restraining order, turnover order, and order to appear on a weekly basis. Ms. Elwood did not file an opposition to the instant motion.

**B.      Discussion**

Mr. Morin has provided no foundation or evidence upon which to base his motion. In the first paragraph of his motion, he states: "Defendant is informed that Plaintiff has multiple sources of income which have enabled her to buy an expensive vehicle, that she has access to multiple bank accounts, and other forms of income, which are not readily apparent." In the second paragraph, Mr. Morin asserts: "The Plaintiff's work generates income, accounts, accounts receivable, rights to payment of money, either arising from a continuing and ongoing contract, or a 'one time' employment, or any combination of them. Defendant is informed that the Plaintiff has multiple sources of income." These sentences are the only "facts" provided to the Court. Moreover, Mr. Morin attaches only one

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

Case No. CV 01-8582 CJC (FMOx)                        Date: October 14, 2005
                                                     Page 3

declaration, that of his attorney, which simply states that Mr. Morin "is entitled" to the relief he seeks in his motion.

Simply put, the Court does not have enough information before it to grant any of Mr. Morin's requests. In addition, Mr. Morin has failed to provide any information surrounding the levy previously placed on Ms. Elwood's Santa Clarita home. Moreover, Ms. Elwood has failed to file an opposition to Mr. Morin's motion. Although Mr. Morin is not at fault for Ms. Elwood's failure to file an opposition, the combination of Mr. Morin's sparse motion and the lack of an opposition leave the Court with little information upon which to act. As such, given the serious nature of assignments of rights, restraining orders, turnover orders, and orders requiring weekly appearances, the Court cannot grant the relief requested.

Mr. Morin is encouraged to file a motion seeking an examination of the judgment debtor under § 708.110 of the California Code of Civil Procedure. In light of the total lack of information before this Court, the Court concludes that an examination of the judgment debtor would be the best way to proceed since the purpose behind such examinations is to "furnish information to aid in enforcement of the money judgment." CAL. CIV. PROC. CODE § 708.110 (Deering 2005). However, if Mr. Morin proceeds accordingly, he must provide the Court with more information than mere conclusory statements about Ms. Elwood's failure to pay. And, Mr. Morin should not seek to compel Ms. Elwood to appear on a weekly basis, as he does in this motion. Section 708.110 does not provide any basis by which a judgment creditor may seek to compel a weekly examination of the judgment debtor. Rather, section 708.110 contemplates one examination, "at a time and place specified" by the court. *Id.*

C.    **Conclusion**

For the foregoing reasons, Defendant's motion is DENIED. The hearing set for Monday, October 17, 2005 is VACATED.

bes

MINUTES FORM 11
CIVIL-GEN
                                                     Initials of Deputy Clerk ___

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA



## FAX TRANSMISSION

**DATE:** October 17, 2005

**TO:** Patricia Berry  (213) 995-0735 ✓         Robert Drescher  (661) 702-7985 ✓
David Cook  (415) 989-0491 ✓         Anita S. Brenner  (626) 792-2921 ✓
voice: ( )         fax ( )

**FROM:** D. Beard

voice: (714) 338-4750  2849

**TOTAL NUMBER OF PAGES TRANSMITTED (including this page):** 4

**REGARDING:** CV 01-8582-CJC(FMOx): Elwood -v- Morin

**WARNING:**
This fax is intended only for the recipient(s) named above. If you receive this fax by mistake, please telephone us at the above voice number to let us know of the error. If this fax contains privileged or otherwise legally protected information, disclosure of the information to anyone other than the named recipient(s) is not authorized, and you may not lawfully read, copy, or otherwise use this fax unless you are a named recipient or a named recipient's authorized representative.

```
*********************
***  TX REPORT    ***
*********************

TRANSMISSION OK

TX/RX NO            1957
RECIPIENT ADDRESS   912139950735
DESTINATION ID
ST  TIME            10/17 08:08
TIME USE            00'50
PAGES SENT          4
RESULT              OK
```

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA



**FAX TRANSMISSION**

**DATE:** October 17, 2005

**TO:** Patricia Berry  (213) 995-0735      Robert Drescher  (661) 702-7985
       David Cook    (415) 989-0491      Anita S. Brenner (626) 792-2921
              voice: ( )                         fax ( )

**FROM:** D. Beard



voice: (714) 338-4750  2849

```
*********************
***  TX REPORT   ***
*********************

TRANSMISSION OK

TX/RX NO              1958
RECIPIENT ADDRESS     914159890491
DESTINATION ID
ST. TIME              10/17 08 09
TIME USE              02'25
PAGES SENT            4
RESULT                OK
```

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA



**FAX TRANSMISSION**

**DATE:** October 17, 2005

**TO:**  Patricia Berry (213) 995-0735      Robert Drescher (661) 702-7985
David Cook (415) 989-0491           Anita S. Brenner (626) 792-2921
voice: ( )                          fax ( )

**FROM:** D. Beard



voice: (714) 338-4750  2849

```
*********************
***  TX REPORT   ***
*********************

TRANSMISSION OK

TX/RX NO              1959
RECIPIENT ADDRESS     916617027985
DESTINATION ID
ST. TIME              10/17 08:12
TIME USE              01'32
PAGES SENT            4
RESULT                OK
```

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA



### FAX TRANSMISSION

**DATE:** October 17, 2005

**TO:**  Patricia Berry  (213) 995-0735        Robert Drescher  (661) 702-7985
        David Cook (415) 989-0491              Anita S. Brenner (626) 792-2921
                voice: ( )                     fax ( )

**FROM:** D. Beard



voice: (714) 338-4750  2849

```
         *********************
         ***   TX REPORT   ***
         *********************

TRANSMISSION OK

TX/RX NO              1960
RECIPIENT ADDRESS     916267922921
DESTINATION ID
ST. TIME              10/17 08:14
TIME USE              01'33
PAGES SENT            4
RESULT                OK
```

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA



**FAX TRANSMISSION**

**DATE:** October 17, 2005

**TO:**  Patricia Berry  (213) 995-0735      Robert Drescher  (661) 702-7985
         David Cook  (415) 989-0491          Anita S. Brenner  (626) 792-2921
                voice: ( )                       fax ( )

**FROM:** D. Beard



voice: (714) 338-4750  2849